IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN DORTY** | : | CIVIL ACTION NO. 1:11-cv-2359 |
| | : | |
| Plaintiff | : | **(Chief Judge Kane)** |
| | : | **(Magistrate Judge Smyser)** |
| v. | : | |
| | : | |
| **REGIONAL ACCEPTANCE CORP.** | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the court in the captioned action is a February 6, 2012 report of the magistrate judge.   No timely objections have been filed.

Accordingly, this 27th day of February, 2012, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Smyser.

2) Defendant's motion (Doc. No. 4) to dismiss the original complaint or, in the alternative, for a more definite statement is denied as moot.

3) Plaintiff's motion (Doc. No. 6) for a change of venue is construed as a motion asking the court to decline to exercise supplemental jurisdiction and remand the case to state court.  The case is remanded to Magisterial District Court No. 39-3-06 in Franklin County, Pennsylvania.

4) The Clerk of Court shall CLOSE the case.

        s/ Yvette Kane
        YVETTE KANE, Chief Judge
        United States District Court